# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:10-CR-215-KJD-PAL |
| v. | **ORDER** |
| VIARKA DIMITROVA, | |
| Defendant. | |

Before the Court is the Government's Amended Motion to Dismiss Criminal Indictment (#71). Having reviewed the Motion and good cause appearing, the Government's Motion (#71) is **HEREBY GRANTED**.

DATED this 9th day of September 2013.

_____
Kent J. Dawson
United States District Judge